# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE A. WINKELMAN, | ) | |
| Petitioner, | ) | Case No. 1:11-cv-240-SJM-MPK |
| v. | ) | |
| ARCHIE B. LONGLEY, Warden, | ) | |
| Respondent. | ) | |

## **MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on October 13, 2011 and was referred to United States Magistrate Judge Maureen P. Kelly for a report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on November 3, 2011 [5], recommends that the instant petition for writ of habeas corpus be dismissed prior to service on the grounds that the petition constitutes an abuse of the writ and/or this Court lacks jurisdiction over the petition. Petitioner was allowed fourteen (14) days from the date of service in which to file objections. His objections [6] were filed on November 18, 2011. After de novo review of the petition and documents in the case, together with the Report and Recommendation and Petitioner's objections thereto, the following order is entered:

AND NOW, this 22nd Day of November, 2011;

IT IS ORDERED that the Petition for Writ of Habeas Corpus shall be, and hereby is, DISMISSED for lack of jurisdiction and because it constitutes an abuse of the writ.

1

The Report and Recommendation of Magistrate Judge Kelly, filed on November 18, 2011 [5], is adopted as the opinion of the Court.

        s/ <u>Sean J. McLaughlin</u>
        SEAN J. McLAUGHLIN
        United States District Judge

cm:    All parties of record

       U.S. Magistrate Judge Maureen P. Kelly